FILED'06 NOV 28 16:38USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DONALD GENE HADLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil No. 04-970-JE |
| v. | ) | |
| | ) | O R D E R |
| GUY HALL, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Nell I. Brown
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon 97204

      Attorney for Petitioner

Hardy Myers
Attorney General
Douglas Y.S. Park
Assistant Attorney General
Department of Justice
1162 Court Street, NE
Salem, Oregon 97301

      Attorneys for Respondent

Page 1 - ORDER

KING, Judge:

The Honorable John Jelderks, United States Magistrate Judge, filed Findings and Recommendation on October 30, 2006. Petitioner filed timely objections to the Findings and Recommendation. When either party objects to any portion of a magistrate's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). The matter is before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Jelderks. This court ADOPTS the Findings and Recommendation of Magistrate Judge Jelderks dated October 30, 2006 in its entirety.

IT IS HEREBY ORDERED that the Amended Petition for Writ of Habeas Corpus (#49) is denied.

DATED this 28th day of November, 2006.

_____
GARR M. KING
United States District Judge

Page 2 - ORDER